1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RABIN PRADHAN; 1 SYNC, Inc.,            )
                                        )   No. C 08-2843 JSW
                Plaintiffs,             )
                                        )
        v.                              )   **STIPULATION TO DISMISS; AND**
                                        )   **[PROPOSED] ORDER**
DAVID N. STILL, Director, USCIS         )
San Francisco District Office;          )
ROBIN L. BARRETT, Field Office Director,)
USCIS San Francisco District Office;    )
EMILIO T. GONZALEZ, Director, USCIS;    )
U.S. Citizenship and Immigration Services;)
MICHAEL CHERTOFF, Secretary,            )
Department of Homeland Security;        )
MICHAEL MUKASEY, U.S. Attorney General, )
                                        )
                Defendants.             )
_____)

   Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice.

///

///

///

///

///

1 | Each of the parties shall bear their own costs and fees.

2 | Date: September 3, 2008                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4 |

5 | _____/s/_____
EDWARD A. OLSEN[1]

6 | Assistant United States Attorney
Attorneys for Defendants

7 |

8 |

9 | _____/s/_____
Date: September 3, 2008                    ROBERT B. JOBE

10 | Attorney for Plaintiffs

11 |

12 | **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 | Date:    September 4, 2008           _____
JEFFREY S. WHITE

16 | United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

ANSWER
C 08-2843 JSW                    2